

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-40,355-04

### EX PARTE RONALD WAYNE HARRISON, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 4205 IN THE 271ST DISTRICT COURT
### FROM JACK COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of indecency with a child by contact and sentenced to life imprisonment.

After a remand and a live hearing, the trial court made findings of fact and conclusions of law addressing Applicant's claims raised in both his original writ application and an amended writ application. We agree that Applicant is not entitled to relief. However, we decline to adopt conclusion of law 30. Based on the trial court's other findings and this Court's independent review of the entire record, we deny relief on Applicant's actual innocence and *Brady* claims. The remainder

of Applicant's claims are dismissed. TEX. CODE CRIM. PROC. art. 11.07 § 4.


Filed: June 8, 2016
Do not publish